AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
NOV 23 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

United States of America )
v. )
ROBERT H. SCHWARTZ )   Case No.   4:16 MJ 1346 JMB
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 23, 2016__ in the county of __City of St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 912 | False Impersonation of an Officer or Employee of the United States |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Deputy U.S. Marshal Mark Moore
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/23/2016__

*Judge's signature*

City and state: __St. Louis, Missouri__    Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*